## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

DARLA J. SANDERS,          )
                                    )
     **Plaintiff,**           )
                                    )
**v.**                            )     **Case No. CIV-14-799-R**
                                    )
**CAROLYN W. COLVIN, Acting**  )
**Commissioner of Social Security,**  )
                                    )
     **Defendant.**          )

## ORDER

This matter is before the Court pursuant to the Supplemental Report and Recommendation entered on September 29, 2015 [Doc. No. 19]. No objection has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Supplemental Report and Recommendation is ADOPTED. Consistent with this Court's Order of September 21, 2015 [Doc. No. 18] and the Supplemental Report and Recommendation adopted herein, the decision of the Commissioner of the Social Security Administration is AFFIRMED. Judgment shall be entered accordingly.

IT IS SO ORDERED this 15th day of October, 2015.

_David L. Russell_

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE